CARL BRESNICK, ET AL., PLAINTIFFS-APPELLANTS, v. FRANKLIN CAPITAL CORPORATION, ET AL., DEFEND-ANTS-RESPONDENTS.

Argued May 21, 1951—Decided May 28, 1951.

*Mr. Harry Green* argued the cause for the appellants.

*Mr. Milton M. Unger* argued the cause for the respondent, Franklin Washington Trust Company. (*Messrs. Milton M.* and *Adrian M. Unger,* attorneys. *Mr. Sam Denstman,* on the brief.)

*Mr. Elmer O. Goodwin* argued the cause for the respondents, Franklin Capital Corporation and Franklin Mortgage and Title Insurance Company.

PER CURIAM. The judgment will be affirmed for the reasons expressed in the opinion of Judge Bigelow in the Superior Court, Appellate Division.

*For affirmance*—Chief Justice VANDERBILT, and Justices CASE, HEHER, OLIPHANT, WACHENFELD, BURLING and ACKERSON—7.

*For reversal*—None.